James F. McCabe (SBN 104686)
Meghan M. McBerry (SBN 334464)
**ALSTON & BIRD LLP**
560 Mission Street, Suite 2100
San Francisco, CA 94105-0912
Phone: 415-243-1000
Fax:    415-243-1001
jim.mccabe@alston.com
meghan.mcberry@alston.com

Attorneys for Defendant
LexisNexis Risk Solutions Inc.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON KING,<br><br>    Plaintiff,<br><br>  v.<br><br>EQUIFAX INFORMATION SERVICES, LLC, et al.,<br><br>    Defendants. | Case No. 3:22-cv-07484-WHA<br><br>**LEXISNEXIS RISK SOLUTIONS INC.'S NOTICE OF MOTION TO DISMISS UNDER RULE 12(b)(6) AND JOINDER IN DEFENDANT EQUIFAX INFORMATION SERVICES, LLC'S MOTION TO DISMISS UNDER RULE 12(b)(6)**<br><br>Complaint Filed: November 28, 2022<br>Trial Date:   Not set<br><br>Hearing Date: April 13, 2023<br>Time:    8:00 a.m.<br>Dept.:    Courtroom G |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT Defendant LexisNexis Risk Solutions Inc. ("LexisNexis Risk") hereby moves to dismiss Plaintiff's complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) and submits this Notice of Joinder in Defendant Equifax Information Services, LLC's ("Equifax") Motion to Dismiss under Rule 12(b)(6), set for hearing on April 13, 2023 at 8:00 a.m., or as soon thereafter as the matter may be heard, in Courtroom G of the above-captioned court, located at 450 Golden Gate Ave., San Francisco, CA 94102.

LexisNexis Risk's Motion will be based on this Notice of Motion, the Memorandum of Points and Authorities submitted in support of Equifax's motion to dismiss under Federal Rule of Civil Procedure 12(b)(6), the pleadings and papers on file herein, and such further argument and evidence as may be presented at the hearing of the Motion.

LexisNexis Risk respectfully submits this Notice of Joinder in Equifax's Motion to Dismiss Plaintiff's Complaint and Memorandum of Points and Authorities in Support thereof (the "Equifax Motion"). Counsel for Equifax have consented to LexisNexis Risk's joinder.

To promote judicial economy, conserve resources, and avoid unnecessary expense, LexisNexis Risk joins the Equifax Motion, which was originally filed on February 17, 2023 (Dkt. 14) and was renewed on February 21, 2023 (Dkt. 21). LexisNexis Risk adopts the arguments and points of authority cited therein, which are incorporated herein by reference (Dkt. 21). For purposes of the instant Motion, LexisNexis Risk stands in the same factual, procedural, and legal posture as Equifax, so the arguments detailed in Equifax's Motion also apply to LexisNexis Risk. Moreover, LexisNexis Risk requests the same relief requested in the Equifax Motion.

Accordingly, LexisNexis Risk respectfully requests that its Motion be granted and Plaintiff's Complaint be dismissed.

//

//

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DATED: March 6, 2023                    **ALSTON & BIRD LLP**


                                        /s/ James F. McCabe
                                        James F. McCabe
                                        Meghan M. McBerry
                                        Attorneys for Defendant
                                        LexisNexis Risk Solutions Inc.

**CERTIFICATE OF SERVICE**

      I certify that on March 6, 2023, I caused a copy of LEXISNEXIS RISK SOLUTIONS

INC.'S NOTICE OF MOTION TO DISMISS UNDER RULE 12(b)(6) AND JOINDER IN

DEFENDANT EQUIFAX INFORMATION SERVICES, LLC'S MOTION TO DISMISS UNDER

RULE 12(b)(6) to be served on all counsel of record via the Court's Electronic Filing system.


Dated: March 6, 2023

                                   /s/ *James F. McCabe*
                                   James F. McCabe
                                   **Alston & Bird LLP**

                                   *Counsel for Defendant*
                                   *LexisNexis Risk Solutions Inc.*