Aaron King
PO Box 420387
San Francisco, CA 94142
Email: aaron10mail@yahoo.com

Plaintiff, Pro Se

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| Aaron King,<br>Plaintiff,<br><br>v.<br><br>Equifax Information Services, LLC,<br>a foreign company;<br><br>LexisNexis Risk Solutions, Inc.,<br>a foreign corporation;<br><br>Trans Union, LLC,<br>a foreign company;<br><br>Experian Information Solutions, Inc.,<br>a foreign corporation<br><br>Defendants | Case No.: 22-cv-07484-WHA<br><br>PLAINTIFF'S WITHDRAWAL/REVERSAL OF FILING DOCKET 65 AS IMPROPERLY FILED |

Counsellors:

On June 29, 2023, the Court issued an Order [**Docket** 62] making the *SAC-With Descriptions and Corrections* the operative complaint in this lawsuit. The Docket did not show the *SAC-With Descriptions and Corrections* as a free-standing document. The Plaintiff will file a motion to add Discover Bank as a Defendant and needed to reference the *SAC-With Descriptions and Corrections* in the motion. Thus, the Plaintiff filed a copy of the *SAC-With Descriptions and Corrections* [**Docket** 65]. There were some misspelled words, punctuation errors, and other minimal grammar errors which may have been "redacted" in the filing of Docket 65. For this

reason, **the Plaintiff reverses the filing of Docket 65 and removes only this filing–Docket 65**, for it may have been improperly filed. It is clear that the Court does not want another "version" of the complaint, (Thank you Counsellor Green.) even if it simply corrects for spelling or punctuation.

This reversal in no way diminishes the task we must accomplish. The Plaintiff does NOT withdraw the *SAC-With Descriptions and Corrections* as the operative complaint, whereas the document can currently be viewed as an attachment to Docket 59. Because the Court has already issued an Order making the *SAC-With Descriptions and Corrections* the operative complaint [Docket 62], even with the grammatical errors, the Plaintiff will file his motions seeking the needed and just relief through this Court.

Respectfully Submitted October 30, 2023      / S / Aaron King
                                             Aaron King, Plaintiff in Pro Se

### ECF ATTESTATION

I, Aaron King, am the ECF User whose ID and Password are being used to file this document, certifies this PLAINTIFF'S WITHDRAWAL/REVERSAL OF FILING DOCKET 65 AS IMPROPERLY FILED is being served to all Defendants through ECF.

Dated: October 30, 2023                      / S / Aaron King
                                             Aaron King, Plaintiff In Pro Se