Aaron King
PO Box 420387
San Francisco, CA 94142
Email: aaron10mail@yahoo.com

pro se plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| Aaron King,<br><br>　　　　　pro se plaintiff,<br><br>v.<br><br>Equifax Information Services, LLC,<br>a foreign company;<br>et al<br><br>　　　　　defendants | Case No.: 3:22-cv-07484-WHA<br><br>ADDENDUM TO CASE MANAGEMENT STATEMENT–NOTICE TO THE COURT & PARTIES REGARDING PLAINTIFF'S INTENTIONS |

**Notice To All Parties Having Concerns In This Matter:**

**A. The Plaintiff Met With an Attorney**

  1) Plaintiff Sought Representation

　　Over the past weeks, the pro se plaintiff met with a licensed attorney who understands civil rights and consumer matters to discuss possibly taking over the case. Because of where the parties are in the case, this attorney was reluctant to take over at this date. She advised the Plaintiff that if the Plaintiff "organised the case" a bit, in the future the Plaintiff might have a shot at hiring a representative. She recommended that the Plaintiff inform the parties that the case has merit as a civil rights case and that those claims will be protected and pursued. So rather than coming onboard as the attorney of record, she agreed to let the

Plaintiff "pick her brain" for ideas and clarity, as this need arises, with the understanding that she is NOT the Plaintiff's representative. Thus, the Plaintiff goes forward in "pro se."

2) Attorney Gave Plaintiff an Earful

The pro se plaintiff expressed to the attorney that he received new and material evidence from a nonparty-Discover Bank. The pro se plaintiff also expressed to the attorney that he was waiting for the Court to render an opinion regarding the status of the SAC or a discovery schedule. The attorney expressed to the pro se that, "This is just a formality, and the Court has already made a ruling. You have an SAC! Now get to work!" She also recommended that the Plaintiff provides the following statement to the Court so the Court knows the pro se plaintiff truly understands his duty and the reality of this case. The pro se plaintiff understands, **"The burden of preparing this case for trial is on the Plaintiff !"**

B. Case Management–What Happens Next?

1) Regarding Discover Bank

When the Plaintiff received new information from Discover Bank on May 9, 2023 during the amending of the SAC, the Plaintiff was livid. The information should have been provided to the pro se plaintiff in the year 2020. The new information introduced new claims against Defendant Equifax, strengthened existing claims against Equifax, and introduced new claims against Discover Bank. After speaking with professional counsel, the Plaintiff has tabled the emotional aspect and has decided to not seek to add Discover Bank as a Defendant in this lawsuit. The Plaintiff has a year-and-a-half to pursue Discover Bank, if it becomes necessary. Once again, the pro se plaintiff will <u>not</u> seek to add Discover Bank as a defendant in this case.

2) Dispositive Motions Regarding Defendant Equifax

Early next week, in place of filing a motion to add Discover Bank as a defendant, the pro se plaintiff will file motion for partial summary judgment against Defendant Equifax regarding the FCRA claims, fraud claims, breach of contract claims, and defamation claims. The pro se plaintiff needs discovery to ascertain and clarify evidence regarding the

civil rights matters against Defendant Equifax, and will ask the court to enter discovery within that motion. If the FCRA, fraud, breach of contract, or defamation claims are not fully adjudicated because of "material difference of facts," the pro se plaintiff will ask the court to have the issues decided by a jury. In addition, the pro se plaintiff will ask the court to return Defendant Equifax to the trial calendar.

3) Dispositive Motions Regarding Experian

The next motion for partial for summary judgment is scheduled to be filed against Defendant Experian regarding the FCRA claims, and fraud claims.  The pro se plaintiff needs discovery to ascertain and clarify evidence regarding the civil rights matters against Defendant Experian, and will ask the court to enter discovery within that motion. If the FCRA or fraud claims are not fully adjudicated because of "material difference of facts," the pro se plaintiff will ask the court to have the issues decided by a jury. In addition, the pro se plaintiff will ask the court to return Defendant Experian to the trial calendar.

4) Dispositive Motions Regarding Defendant LexisNexis

Following the dispositive motion(s) against Experian, the pro se plaintiff seeks file motion for partial summary judgment against Defendant LexisNexis regarding FCRA claims, and fraud claims. The pro se plaintiff needs discovery to ascertain and clarify evidence regarding the civil rights matters against Defendant LexisNexis, and will ask the court to enter discovery within that motion. If the FCRA or fraud claims are not fully adjudicated because of "material difference of facts," the pro se plaintiff will ask the court to have the issues decided by a jury. In addition, the pro se plaintiff will ask the court to return Defendant LexisNexis to the trial calendar.

5) Offer of Settlement Regarding Defendant TransUnion

The pro se plaintiff does not have plans to file motion for summary judgement against Defendant TransUnion, at this time. The pro se plaintiff would like to open the door for settlement with TransUnion, for TransUnion has acknowledged that a problem exists in its reporting, and appears poised to do something to fix the problem. Plaintiff believes the two sides can reach specific points and end our relationship. On the likelihood we cannot reach

settlement, the pro se plaintiff needs discovery to ascertain and clarify evidence regarding the FCRA, fraud and civil rights matters against Defendant TransUnion. The pro se plaintiff will ask the court to enter discovery through motion.

Submitted: November 20, 2023              /S/   Aaron King             .
                                          Aaron King, pro se plaintiff

## ECF ATTESTATION

I, Aaron King, am the ECF User whose ID and Password are being used to file this document, certifies this Notice and Motion are being served to all Defendants through ECF.

Dated: November 20, 2023                  /S/  Aaron King_____
                                          Aaron King, pro se plaintiff