UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AARON KING,

    Plaintiff,

v.

EQUIFAX INFORMATION SERVICES, LLC, TRANS UNION, LLC, and EXPERIAN INFORMATION SOLUTIONS, INC.,

    Defendants.

No. 22-07484 WHA

**RULE 54(B) JUDGMENT IN FAVOR OF EQUIFAX INFORMATION SERVICES, LLC**

    For the reasons stated in the accompanying order granting Equifax Information Services, LLC's motion for entry of judgment (Dkt. No. 111) under Rule 54(b), there is no just reason to delay entering final judgment in favor of Equifax. For this reason, final judgment is hereby entered in favor of Equifax and against plaintiff.

    **IT IS SO ORDERED.**

Dated: November 26, 2024.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE